UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kings County Criminal Court, Inc, et al.,

                              Petitioners,

            v.

Airess Royalti El,

                              Respondent.

26-CV-5211 (DEH)

ORDER

DALE E. HO, United States District Judge:

Janelle Alexandria Aeiress Royalti El[1] seeks to remove a criminal proceeding from Kings County Criminal Court.  ECF No. 1.

"Criminal cases may be removed to federal court in very limited circumstances, and the removing defendants have the burden of establishing that a case is within the federal district court's removal jurisdiction."  *Howell v. New York*, No. 25 Civ. 2916, 2026 WL 1295830, at *1 (S.D.N.Y. May 12, 2026).  "If it clearly appears on the face of the notice [of removal] and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand."  28 U.S.C. § 1455(b)(4).

Ms. Aeiress Royalti El appears to seek removal through 28 U.S.C. § 1443, which permits removal only where "(1) the right allegedly denied the removal petitioner arises under a federal law providing for specific civil rights stated in terms of racial equality and (2) it appears on the face of the notice that the removal petitioner is denied or cannot enforce the specified federal rights in state court."  *Howell*, 2026 WL 1295830, at *2.  Ms. Aeiress Royalti El generally invokes rights under the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth

---

[1] It appears that due to a clerical error, the parties Kings County Criminal Court, Inc., New York City Police Department, Inc., and State of New York are captioned as Petitioners to this action and Janelle Alexandria Aeiress Royalti El is captioned as a Respondent.

2

Amendments to the United States Constitution.  ECF No. 1 at 2, 6.  She also asserts a violation of her right to travel.  *Id*. at 6.  These allegations in the notice of removal are insufficient to confer federal jurisdiction over the state criminal proceeding.  *Johnson v. Mississippi*, 421 U.S. 213, 219 (1975) ("Claims that prosecution and conviction will violate rights under constitutional or statutory provisions of general applicability or under statutes not protecting against racial discrimination, will not suffice.").

Accordingly, an order for summary remand is appropriate in this case.  *See* 28 U.S.C. § 1455(b)(4).

The Clerk of Court is respectfully directed to remand this case to state court.

SO ORDERED.

Dated: June 30, 2026
         New York, New York

_____
                         DALE E. HO
                United States District Judge